# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

KATHLEEN HOGLUND, *et al.*,

    Plaintiffs,

  v.

SHER-BER, INC., *et al.*,

    Defendants.

Case No. C08-0267RSL

ORDER TO SEAL DOCUMENTS AND FILE REDACTED COPIES OF SEALED DOCUMENTS

This matter comes before the Court *sua sponte*. Defendant filed a motion to compel. Some of the exhibits to that filing, to plaintiff's response, and to defendant's reply contain private and personal information that needs to be redacted from public documents.

Pursuant to Federal Rule of Civil Procedure 5.2(a) and the General Order of the Court regarding Public Access to Electronic Case Files (filed 5/29/03), parties are to redact the following information from documents and exhibits before they are filed with the court:

\* Dates of Birth - redact to the year of birth

\* Names of Minor Children - redact to the initials

ORDER TO SEAL AND
FILE REDACTED COPIES - 1

* Social Security Numbers - redact to the last four digits

* Financial Accounting Information - redact to the last four digits

All documents filed in the above-captioned matter must comply with the General Order and with Federal Rule of Civil Procedure 5.2.

In order to restrict access to the private and confidential information that has already made its way into the record in an expeditious manner, the Clerk of Court is hereby directed to seal the following documents: (1) the Declaration of Gail Luhn (Dkt. #15), (2) the Declaration of Dennis Moran (Dkt. #17), and (3) Defendant's Reply (Dkt. #18). All of those documents contain plaintiffs' social security numbers and should have been redacted. The parties are directed to promptly review all previously filed documents to ensure that they do not contain additional information that should have been redacted. The parties shall make every effort to avoid such public disclosures of confidential information in the future.

As a result of the improper filings, a substantial portion of the record is now sealed, which is inconsistent with the public's right of access. Both parties are therefore ORDERED to file, within ten days of the date of this order, redacted copies of the documents which have been sealed in this case. If the parties have any questions about the Privacy Policy and the General Order or need assistance in filing and properly labeling the redacted copies, they should contact the CM/ECF Helpdesk at 1-866-ECF-WAWD (1-866-323-9293).

DATED this 17th day of December, 2008.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SEAL AND
FILE REDACTED COPIES - 2