UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KATHLEEN HOGLUND, *et al.*,

    Plaintiffs,

  v.

SHER-BER, INC., *et al.*,

    Defendants.

Case No. C08-0267RSL

SECOND ORDER TO SEAL DOCUMENTS AND FILE REDACTED COPIES OF SEALED DOCUMENTS

This matter comes before the Court *sua sponte*. Defendants filed a motion for partial summary judgment seeking dismissal of plaintiffs' claims against defendant Sharan Courounes. One of the exhibits to defendants' reply contains private and personal information that needs to be redacted from public documents.

Pursuant to Federal Rule of Civil Procedure 5.2(a) and Local Rule 5.2, parties are to redact the following information from documents and exhibits before they are filed with the court:

* Dates of Birth - redact to the year of birth

* Names of Minor Children - redact to the initials

* Social Security Numbers and Taxpayer Identification Numbers - redact to the

SECOND ORDER TO SEAL AND
FILE REDACTED COPIES - 1

1 |     last four digits

2 |     * Financial Accounting Information - redact to the last four digits

3 |     * Passport Numbers and Driver License Numbers - redact in their entirety

All documents filed in the above-captioned matter must comply with Federal Rule of Civil Procedure 5.2 and Local Rule 5.2.

In order to restrict access to the private and confidential information that has already made its way into the record in an expeditious manner, the Clerk of Court is hereby directed to seal Docket #32, defendants' reply. The parties are directed to promptly review all previously filed documents to ensure that they do not contain additional information that should have been redacted. The parties shall make every effort to avoid such public disclosures of confidential information in the future.

As a result of the improper filings, a substantial portion of the record is now sealed, which is inconsistent with the public's right of access. Defendants are therefore ORDERED to file, within ten days of the date of this order, redacted copies of the documents which have been sealed in this case. If the parties need assistance in filing and properly labeling the redacted copies, they should contact the CM/ECF Helpdesk at 1-866-ECF-WAWD (1-866-323-9293).

The Court notes that this is the second order it has issued in this case to correct the parties' improper filing of personal identifying information. (Dkt. #19, noting plaintiffs and defendants improperly filed documents containing social security numbers). Any further instances of failing to comply with Local Rule 5.2 and/or Federal Rule of Civil

SECOND ORDER TO SEAL AND
FILE REDACTED COPIES - 2

Procedure 5.2 will result in the imposition of sanctions.

DATED this 4th day of March, 2009.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

SECOND ORDER TO SEAL AND
FILE REDACTED COPIES - 3